IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NATHANIEL J. LLOYD,

            Plaintiff,

v.                                                         OPINION and ORDER

THE DEPARTMENT OF CORRECTIONS,             24-cv-460-jdp
WISCONSIN,

            Defendant.

---

I entered an order giving plaintiff Nathaniel Lloyd, proceeding without counsel, until February 7, 2025, to file an amended complaint to fix the problems with his original complaint. Dkt. 7. I warned Lloyd that I would dismiss the case if he failed to file an amended complaint. Lloyd has not filed an amended complaint or sought extra time to do this. So I will dismiss this case for failure to state a claim upon which relief may be granted and direct the clerk to record a strike against Lloyd under 28 U.S.C. § 1915(g). *See Paul v. Marberry*, 658 F.3d 702, 705 (7th Cir. 2011) ("[W]hen . . . the plaintiff is told to amend his . . . complaint and fails to do so, the proper ground of dismissal is not want of prosecution but failure to state a claim, one of the grounds in section 1915(g) for calling a strike against a prisoner plaintiff.").

ORDER

IT IS ORDERED that:

1. Plaintiff Nathaniel J. Lloyd's complaint, Dkt. 1, is DISMISSED for failure to state a claim upon which relief may be granted.

2. The clerk of court is directed to record a strike against plaintiff under 28 U.S.C. § 1915(g) and to enter judgment.

Entered February 14, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge